No. 169, Misc.   SNIDER *v.* CUNNINGHAM, PENITENTIARY SUPERINTENDENT.   Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied. MR. JUSTICE GOLDBERG, with whom MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN join, is of the opinion that the petition should be granted for the reasons expressed in his dissenting opinion in No. 308, Misc., *Rudolph* v. *Alabama, infra,* decided this date.   *Alex N. Apostolou* for petitioner.